UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

MARLENA O'BRIEN, *on behalf of herself and all others similarly situated*,

Plaintiff,

-v-

PORTFOLIO RECOVERY ASSOCIATES, LLC, and PRA GROUP, INC.,

Defendants.

Civil Action No.: 2:18-cv-05884-JFB-ARL

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 20 2019 ★

LONG ISLAND OFFICE**

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

It is hereby stipulated and agreed by and between Plaintiff Marlena O'Brien, by counsel, Defendant Portfolio Recovery Associates, LLC, by counsel, and Defendant PRA Group, Inc., by counsel, that the above-entitled action is dismissed with prejudice as to all defendants. Each party shall bear its own attorney's fees, costs and expenses.

Dated: March 19, 2019

/s/ *Mitchell Pashkin*
Mitchell Pashkin
775 Park Avenue
Ste. 255
Huntington, NY 11743
Telephone: (631) 335-1107
mpash@verizon.net
*Counsel for Plaintiff*

Respectfully submitted,

/s/ *Stephen J. Steinlight*
Stephen J. Steinlight
TROUTMAN SANDERS LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 704-6008
*Attorneys for Defendant
Portfolio Recovery Associates, LLC and
PRA Group, Inc.*

The Clerk of the Court shall close the case.

SO ORDERED
S/ JOSEPH F BIANCO
Joseph F. Bianco
USDJ
Date: March 20, 2019
Central Islip, N.Y.

38189167